# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| New Horizon Kids Quest Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:12-cv-01206-L |
| Kids Quest Inc. & Jimmie Smith, | ) ) ) |
| Defendant. | ) ) |

## JOINT DISMISSAL OF ALL CLAIMS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, New Horizon Kids Quest, Inc., hereby stipulates with the defendants, Kids Quest, Inc. & Jimmie Smith, that all of the plaintiff's causes of action against defendants in this consolidated case shall be dismissed with prejudice.  Likewise, defendants hereby stipulate that all of defendants' causes of action against plaintiff in this case shall be dismissed with prejudice.  All parties are to bear their own costs and attorneys' fees regarding the dismissed claims.

The parties further stipulate that the Court will retain jurisdiction over each party for the purpose of enforcing the right and obligations set forth in certain settlement agreements signed between the parties contemporaneously with this Joint Stipulation of Dismissal.

Respectfully Submitted,

s/Douglas J. Christensen

Douglas J. Christensen
(*Signed by Filing Attorney with permission of Attorney*)
Christensen Fonder PA
33 S Sixth St, Suite 3950
Minneapolis, MN 55402
612-315-4102
Fax: 612-315-4321
Email: christensen@cfpatlaw.com

- and –

Michael D McClintock
McAfee & Taft
211 N Robinson Ave, 10th Fl
Oklahoma City, OK 73102
405-235-9621
405-235-0439 (fax)
michael.mcclintock@mcafeetaft.com
ATTORNEYS FOR PLAINTIFF


s/Drew T. Palmer

Drew T. Palmer, OBA #21317
drew.palmer@crowedunlevy.com
Anton J. Rupert, OBA #7827
anton.rupert@crowedunlevy.com
Crowe & Dunlevy, PC
A Professional Corporation
20 North Broadway Ave, Suite 1800
Oklahoma City, OK 73102
Phone: (405) 235-7700
Facsimile: (405) 239-6651
ATTORNEYS FOR DEFENDANTS